ANNA E. LICK, Respondent, *v.* THE TOWN OF MORAVIA, Appellant.

(Submitted April 19, 1895; decided May 3, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*J. A. Wright* for appellant.

*H. Greenfield* for respondent.

Agree to affirm ; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.

---

ALEXANDER McANDREW, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Submitted April 22, 1895; decided May 3, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made June 23, 1893, which affirmed an order of Special Term denying a motion by defendant for leave to serve a supplemental answer.

*Charles A. Pooley* for appellant.

*Geo. E. Towne* for respondent.

Agree to dismiss appeal on authority of *Farmers' L. & T. Co.* **v.** *Bankers & Merchants' Tel. Co.* (109 N. Y. 342) ; no opinion.
All concur, except HAIGHT, J., not sitting.
Appeal dismissed.